**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| TSEGAB MOSAZGHI, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:25-cv-01631-PX |
| | * | |
| | * | |
| DIRECTOR, USCIS, *et al*,. | * | |
| | * | |
| Defendant. | | |

******

**ORDER**

Pending is Defendants' motion to dismiss this action as moot. ECF No. 7. The Clerk notified Plaintiffs Tsegab Mosazghi and Simret Aradom of their rights to respond and that failure to do so may result in dismissal of the case without further notice. ECF No. 8. Plaintiffs have never responded. For the following reason, the motion is granted.

Plaintiffs filed this action seeking to compel United States Customs and Immigration Services ("USCIS") to adjudicate their Immigration Form I-485 Application to Register Permanent Residence or Adjustment Status ("the Application"). ECF No. 1. Since then, USCIS adjudicated the Application favorably on September 30, 2025. ECF No. 7-1. Accordingly, because USCIS accorded Plaintiffs all the relief sought, the action is now moot and must be dismissed on this ground alone.

Thus, on this 15th day of December 2025, the United States District Court for the District of Maryland hereby **GRANTS** the Defendants' Motion to Dismiss at ECF No. 7 and **DISMISSES** this case without prejudice.

The Clerk is directed to **CLOSE** this case and mail a copy of this Order to Plaintiffs at their address of record.

Sincerely,

/s/
PAULA XINIS
United States District Judge